## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NATHANIEL FITZGERALD                              PLAINTIFF

v.                  No. 3:09CV00154JLH/HLJ

RICHARD DICK BUSBY, et al.                         DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants Busby and Boyd are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 16th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE