IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL FITZGERALD                                                    PLAINTIFF

v.                                    3:09CV00154HLJ

RICHARD BUSBY, et al.                                                   DEFENDANTS

ORDER

By Order dated October 27, 2009, this Court directed the issuance of summons and service of plaintiff's complaint on defendants (DE #16).  Summons was returned, unexecuted, with respect to defendant Boyken on December 15, 2009 (DE #46).   Therefore, defendants are hereby directed to provide the Court with defendant Boykin's last-known address within ten days of the date of this Order.

In addition, the Court construes plaintiff's motions for order directing investigation and for order for release (DE ##42, 47) as motions for preliminary injunctive relief.  Defendants shall file a response to these motions within ten days of the date of this Order.

IT IS SO ORDERED this 23rd day of December, 2009.


_____
United States Magistrate Judge

1