IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL FITZGERALD                                                                  PLAINTIFF

3:09CV00154HLJ

RICHARD BUSBY, et al.                                                                  DEFENDANTS

ORDER

By Order dated December 23, 2009, this Court directed defendants to provide the last-known address of defendant Boyken, who has not yet been served (DE #49). Defendants have responded to the Court, stating defendant David Boyken's last-known address is 1328 Main Street, Earle, AR 72331. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant David Boyken, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 8, 11, 12) on defendant at the address noted above, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 14th day of January, 2010.

_____
United States Magistrate Judge