# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NATHANIEL FITZGERALD                                            PLAINTIFF

v.                       No. 3:09CV00154 JLH/HLJ

TERESA BONNER, *et al*.                                         DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for order (DE ##42, 47) are hereby DENIED.

IT IS SO ORDERED this 16th day of February, 2010.

                                                       UNITED STATES DISTRICT JUDGE