IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL FITZGERALD                                                                            PLAINTIFF

v.                                           No. 3:09CV00154 JLH/HLJ

TERESA BONNER, *et al*.                                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunctive relief (DE #52) is hereby DENIED.

IT IS SO ORDERED this 16th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE