IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL L. FITZGERALD
ADC #84210                                                                                    PLAINTIFF

v.                          Case No. 3:09-cv-154-DPM

TERESA BONNER; DAVID BOYKEN;
JOHN DEXTER; SUPERVISOR BEASLEY;
DR. SCHRADER; JANE DOE; and
NURSE MANDY CHILDRESS                                                        DEFENDANTS

JUDGMENT

The Court enters judgment against Nathaniel Fitzgerald and for the Defendants. Fitzgerald's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2011