IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL L. FITZGERALD
ADC #84210                                                                                    PLAINTIFF

v.                                    Case No. 3:09-cv-154-DPM

TERESA BONNER; DAVID BOYKEN;
JOHN DEXTER; SUPERVISOR BEASLEY;
DR. SCHRADER; JANE DOE; and
NURSE MANDY CHILDRESS                                                                 DEFENDANTS

ORDER

The Court construes Nathan Fitzgerald's most recent filings, *Document Nos. 161-62*, as a collective motion to reconsider its 10 March 2011 Order and Judgment and denies it.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2011