IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL L. FITZGERALD
ADC #84210                                                                                          PLAINTIFF

v.                              Case No. 3:09-cv-154-DPM

TERESA BONNER; DAVID BOYKEN;
JOHN DEXTER; SUPERVISOR BEASLEY;
DR. SCHRADER; JANE DOE; and
NURSE MANDY CHILDRESS                                                               DEFENDANTS

ORDER

The Court construes Nathan Fitzgerald's most recent filings, *Document Nos. 169 & 170*, as a third motion to reconsider its 10 March 2011 Order and Judgment and denies it.

The Court also acknowledges Fitzgerald's request, *Document No. 170*, that the undersigned recuse from this case (and his other case) and denies it. The Court's impartiality would not reasonably be questioned by an average person on the street apprised of all the relevant facts. 28 U.S.C.A. § 455(a) (West 2006); *Scenic Holding, LLC v. New Board of Trustees of the Tabernacle Missionary Baptist Church, Inc.*, 506 F.3d 656, 662-65 (8th Cir. 2007); Order, *Document No. 55*, in Fitzgerald's case no. 3:10-cv-46-DPM-JJV.

This case is closed. Any further filings should be directed to the United States Court of Appeals for the Eighth Circuit.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 April 2011